UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN MAULDING, | No. 2:15-cv-252-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES ATTORNEY GENERAL, et al., | |
| Defendants. | |

     Plaintiff is a federal prisoner proceeding without counsel and in forma pauperis in a civil rights action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

     Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

/////

/////

1

1       The agency having custody of plaintiff is required to forward to the Clerk of the Court the
2  initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time the
3  amount in the account exceeds $10, until the filing fee is paid. *Id.*

4       The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
5  pauperis application upon the Federal Bureau of Prisons, FCI Herlong P.O. Box 900, Herlong,
6  California, 96113, and deliver a copy of this order to the Clerk's financial division.

7       So ordered.

8  Dated: August 26, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE